UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Gwen Moore,** Administrator of the
Estate of Katie Widmayer Deceased**,**

    **Plaintiff,**

Case No. 2:20-cv-4660
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

**Franklin County, Ohio, et al.,**

    **Defendants.**

## ORDER

The parties have reported this case settled. As such, Defendants' Motion for Summary Judgment (ECF No. 69) and Defendants' Motion to Strike Plaintiff's Affidavits (ECF No. 76) are **DENIED** as **MOOT**. The clerk is **DIRECTED** to **VACATE** all deadlines. This case is closed.

    IT IS SO ORDERED.


**3/22/2023**                                                     **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**